IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

ROBERT SAYRES                                                        PLAINTIFF

v.                       Civil No. 05-3063

JACK HUTSON; Investigator,
Boone County Sheriff's Office;
JOHN PUTMAN, Circuit Judge,
Boone County; DANNY HICKMAN,
Sheriff, Boone County;
DAVE MUNIZ, Chief of Police,
Berryville Police Department; and
JIM CAMBELL, Bondsman                                  DEFENDANTS

## **ORDER**

Plaintiff's complaint was filed in this case on November 23, 2005. On December 19, 2005, plaintiff filed a supplement to his complaint and added a claim against Jim Cambell (Doc. 6).

Before the undersigned is the issue of whether the complaint should be served. In order to assist the court in making such determination, it is necessary that plaintiff provide additional information with respect to his claims.

Accordingly, it is ordered that plaintiff, Robert Sayres, complete and sign the attached addendum to his complaint, and return the same to the court **by January 30, 2006. Plaintiff is advised that should he fail to return the completed and executed addendum by January 30, 2006, his complaint may be dismissed without prejudice for failure to prosecute and/or for failure to obey an order of the court.**

IT IS SO ORDERED this 28th day of December 2005.

                                                            /s/ Beverly Stites Jones
                                                            UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

ROBERT SAYRES                                                  PLAINTIFF

               v.                            Civil No. 05-3063

JACK HUTSON; Investigator,
Boone County Sheriff's Office;
JOHN PUTMAN, Circuit Judge,
Boone County; DANNY HICKMAN,
Sheriff, Boone County;
DAVE MUNIZ, Chief of Police,
Berryville Police Department; and
JIM CAMBELL, Bondsman                                  DEFENDANTS

## **ADDENDUM TO COMPLAINT**

TO: ROBERT SAYRES

     This form is sent to you so that you may assist the court in making a determination as to the issue of whether your complaint should be served upon the defendants. Accordingly, it is required that you fill out this form and send it back to the court **by January 30, 2006**. Failure to do so will result in the dismissal of your complaint.

     The response must be legibly handwritten or typewritten, and all questions must be answered completely in the proper space provided on this form. If you need additional space, you may attach additional sheets of paper to this addendum.

## **RESPONSE**

     In your complaint, you allege that you are the victim of police entrapment. You state you have been falsely imprisoned and have enemies in law enforcement. You indicate you are now being held by the Judge and Officer Hutson on a no bond hold even though they know you did not shoot your mother's ex-husband.

1. You are currently in the Arkansas Department of Correction. How long have you been incarcerated? In answering please provide the court with exact dates if you can.

Answer:

_____

_____

_____

2. You indicate you are on a no bond hold. Please explain: (a) what you mean by this; (b) when the hold was placed on you; and (c) how the hold affects your incarceration.

Answer:

_____

_____

_____

_____

_____

_____

_____

3. Please state what crime or crimes you are currently serving a period of incarceration for.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

    4. You mention Jack Hutson has had a hold placed on you for allegedly shooting your mother's ex-husband. Please state: (a) when the shooting took place; (b) whether you were charged with a crime in connection with the shooting; (c) whether you were in fact arrested in connection with the shooting; (d) whether you have been convicted of the shooting; and (e) if you were not arrested, charged, or convicted, describe the steps Hutson took in an effort to have you arrested or charged.

    Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

5.  You have alleged you are falsely imprisoned. Please state: (a) when you were convicted of the crime or crimes you are currently serving a sentence of imprisonment on; (b) whether the conviction has been reversed, overturned, or been held invalid by a court of law; (c) if the conviction has been reversed, overturned, or been held invalid please state the date the ruling was made and provide the case name and the name of the court that made the ruling; and (d) describe in detail how you believe one or more of the defendants has kept you falsely imprisoned

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

6. You have named Judge John Putman as a defendant. Was he the Circuit Judge assigned to one or more of your state criminal cases?

Answer: Yes _____ No _____.

If you answered yes, please state what case or cases he was assigned to and describe in detail how you believe he violated your federal constitutional rights.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

      If you answered no, please state what connection Judge Putman has had with you and how you believe he has violated your federal constitutional rights.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

      7. You have named Sheriff Danny Hickman as a defendant. However, you have not described any actions he took that violated your federal constitutional rights. Please state: (a) how he violated your rights; and (b) when he violated your rights.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

      8. You have named Chief of Police Dave Muniz as a defendant. However, you have not described any actions he took that violated your federal constitutional rights. Please state: (a) how he violated your rights; and (b) when he violated your rights.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

9. In the supplement to your complaint, you indicate Judge Putman had your bondsman, Jim Cambell, revoke your bonds on the day you called him from Texas. Please state: (a) what crime or crimes the bonds were for; (b) when you posted the bonds; (c) whether the terms of your bonds allowed you to leave the State of Arkansas; (d) the date you called Cambell from Texas to state you were going to get your wife in Odessa, Texas; (e) how you believe Judge Putman's instructing Cambell to revoke your bond violated the your federal constitutional rights; and (f) the date your bond was revoked.

Answer:

_____

_____

_____



AO72A
(Rev. 8/82)

_____

      10. You indicate you lost various vehicles as a result of your bond being revoked. Had you pledged the vehicles as collateral for the bond?

      Answer: Yes _____ No _____.

      If you answered yes, please state when you lost the vehicles and how you lost the vehicles.

_____

_____

_____

_____

_____

_____

_____

      If you answered no, please state how you lost the vehicles.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

I CERTIFY THAT THE INFORMATION CONTAINED HEREIN IS COVERED BY THE VERIFICATION MADE BY ME ON MY INITIAL COMPLAINT.

_____
ROBERT SAYRES

_____
DATE